FILED
Clerk
District Court

SEP 13 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00017 |
| | ) | Civil No. 07-0028 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER DENYING |
| | ) | DEFENDANT'S FIRST |
| CRISPIN A. TAITANO, | ) | PETITION UNDER |
| | ) | 28 U.S.C. § 2255 |
| Defendant | ) | |
| | ) | |

    On September 12, 2007, the court received defendant's first motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.

    In the interests of conserving the resources of the court and the parties, the court will decide the matter without requiring a response from plaintiff.

    Defendant's motion is denied because it is untimely. Title 28 U.S.C. § 2255 requires that such motions be filed within one year of certain specified occurrences. Defendant was sentenced on September 6, 2005. No appeal was taken from the final

AO 72
(Rev. 08/82)

judgment. The instant motion was placed in the correctional institution's mail system on or around September 1, 2007, almost two years after the date defendant's judgment became final. Defendant argues that the decision in <u>Cunningham v. California</u>, ___ U.S. ___, 127 S.Ct. 856 (2007), applies to his situation, but the court has reviewed that decision and concludes otherwise.

IT IS SO ORDERED.

DATED this 13th day of September, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)